## CASE NO. 06-14-00101-CV

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
3/13/2015 2:09:59 PM
DEBBIE AUTREY
Clerk

**IN THE
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS**

*IN THE MATTER OF THE MARRIAGE OF EMMA RUTH VINSON AND BEN ANDREW VINSON, SR.*

## MOTION FOR EXTENSION OF TIME FOR FILING BRIEF ON APPEAL

**JOE SHUMATE
State Bar No. 18327500
109 North Jackson Street
P. O. Box 1915
Henderson, Texas 75653-1915
(903) 657-1416
(903) 655-8211
Attorney for Appellant, Ben Andrew Vinson**

## MOTION FOR EXTENSION OF TIME FOR FILING BRIEF ON APPEAL

**TO THE HONORABLE COURT:**

COMES NOW Ben Andrew Vinson, Appellant in the above-styled and numbered cause, by and through his attorney of record, and pursuant to Rule 10.5(b)(3) of the Texas Rules of Appellant Procedure, files this his Motion for Extension of Time for Filing of a Brief on Appeal, and in support of same would respectfully show unto the Court as follows:

1.     The time for filing the Brief on Appeal in this case is the 16th day of March, 2015. This extension, Appellant's first motion to extend the time for filing the Brief on Appeal with the Clerk of this Court, is filed not for delay, but so that justice may be done.

2.     Counsel for Appellant has been involved in numerous trials and has been out of the country for two weeks ending on March 11, 2015 and therefore would request the Court grant an extension of the briefing deadline of forty-five (45) days.

3.     The attached affidavit of Joe Shumate for Appellant herein, is offered in support of this motion.

WHEREFORE, Appellants request that:

1.     The Clerk of this Court give notice of this motion to Appellee, by and through her attorney of record;

2.     This Court grant Appellant's motion;

3.     This Court extend the time for filing said Brief on Appeal to the 30th day of April, 2015.

Respectfully submitted,

LAW OFFICE OF JOE SHUMATE

BY_____

Joe Shumate
State Bar No. 18327500
109 North Jackson Street
P. O. Box 1915
Henderson, Texas 75653-1915
(903) 657-1416
(903) 655-8211
Attorney for Appellant

## Certificate of Service

I certify that a true copy of the above was served on each attorney of record or party in accordance with the Texas Rules of Civil Procedure on March 12, 2015.

_____
Joe Shumate

## AFFIDAVIT

**STATE OF TEXAS**          §
                                        §
**COUNTY OF RUSK**        §

On this day personally appeared Joe Shumate, who after being by me first duly sworn, did depose and state that the facts and allegations set out in the above and foregoing Motion to Extend Time for Filing of Brief on Appeal are within his personal knowledge and belief and are true and correct.

_____
Joe Shumate

SUBSCRIBED AND SWORN TO BEFORE ME this the 12th day of March, 2015 by Joe Shumate, to certify which witness my hand and seal of office.

_____
Notary Public, State of Texas

MARIAN TAYLOR
NOTARY PUBLIC
STATE OF TEXAS
EXPIRES
11-24-2018

-4-